IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Magistrate No. 21-1292 |
| RANDY FRASINELLI | **[UNDER SEAL]** |

## MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Stephen R. Kaufman, Acting United States Attorney for the Western District of Pennsylvania, and Jeffrey R. Bengel, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant Randy Frasinelli, upon the grounds that a criminal complaint has been returned in the above-captioned case charging the defendant with violations of 18 U.S.C. § 1344(2).

Respectfully submitted,

STEPHEN R. KAUFMAN
Acting United States Attorney

By:   */s/ Jeffrey R. Bengel*
JEFFREY R. BENGEL
Assistant U.S. Attorney
DC ID No. 1018621