IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Magistrate No. 21-1292 |
| RANDY FRASINELLI | **[UNDER SEAL]** |

O R D E R

AND NOW, to wit, this 17th day of June, 2021, upon consideration of the Motion for Arrest Warrant, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

It is further ORDERED that an Arrest Warrant shall issue for the apprehension of defendant Randy Frasinelli.

Bond shall be set by the United States Magistrate Judge.

_____
HONORABLE MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE