AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | | |
|---|---|---|
| United States of America<br>v.<br>RANDY FRASINELLI<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.   21-1292<br><br>**[UNDER SEAL]** |

## ARREST WARRANT

To:      Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   RANDY FRASINELLI                                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment         ☐ Superseding Indictment     ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

   Bank Fraud, in violation of 18 U.S.C. Section 1344(2)


Date:   06/17/2021
                                                                                   *Issuing officer's signature*

City and state:   Pittsburgh, PA                         Maureen P. Kelly, United States Magistrate Judge
                                                                                   *Printed name and title*

**Return**

   This warrant was received on *(date)*  _____ , and the person was arrested on *(date)*  _____
at *(city and state)*   _____ .

Date:   _____
                                                                                   *Arresting officer's signature*

                                                                                   *Printed name and title*