IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA

v.                                                    Magistrate's No. 21-1292

RANDY FRASINELLI


MOTION TO UNSEAL COMPLAINT,
ARREST WARRANT AND AFFIDAVIT


AND NOW, comes the United States of America, by its attorneys, Stephen R. Kaufman, Acting United States Attorney for the Western District of Pennsylvania, and Jeffrey R. Bengel, Assistant United States Attorney for said district, and sets forth the following:

On June 17, 2021, a Complaint was filed, and an Arrest Warrant was issued in the above-captioned case.

The Complaint, Arrest Warrant and Affidavit were then ordered sealed pending arrest of the above-captioned individual.

WHEREFORE, this Honorable Court is respectfully requested to unseal the said Complaint, Arrest Warrant and Affidavit due to the fact that the Arrest Warrant has been executed, and there is no further need for the Complaint, Arrest Warrant and Affidavit to remain sealed.

Respectfully submitted,

STEPHEN R. KAUFMAN
Acting United States Attorney


*/s/Jeffrey R. Bengel*_____
By:    JEFFREY R. BENGEL
Assistant U.S. Attorney
DC ID No. 1018621