# RECORD OF MAGISTRATE'S PROCEEDINGS

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE'S DOCKET #    2:21-mj-1292 / 2:21-mj-813 |
| vs | DATE OF COMPLAINT    6/17/2021 / SRV |
| RANDY FRASINELLI | CRIMINAL DOCKET NUMBER |
| | DATE OF INDICTMENT |
| | STATUTE:    18:1344(2) / SRV |

DATE ARRESTED: 6/21/2021

## INITIAL APPEARANCE

| Before Magistrate | [ ] LENIHAN [X] EDDY | Date: 6/21/2021 | C.D. Index |
| --- | --- | --- | --- |
| | [ ] DODGE [ ] LANZILLO | Time: 1:35 pm – 1:40 pm | Tape Index: |
| | [ ] KELLY [ ] PESTO | | |

U. S. ATTORNEY    CINDY CHUNG

1. RIGHTS EXPLAINED

2. COMPLAINT/INDICTMENT/INFORMATION:
   - [ ] Read    [X] Summarized    [ ] Reading waived
   - [ ] Defendant provided with a copy of the charges
   - [ ] Defendant to be provided with a copy of the charges as soon as possible

3. ACT & PENALTIES
   - [X] Read    [ ] Summarized    [ ] Reading waived

4. COUNSEL
   - [ ] Defendant requested appointment    [ ] Defendant waived appointment
   - [X] Defendant represented by: EFREM GRAIL (privately retained)
   - [ ] Defendant expects to retain:
   - [ ] Affidavit executed.
   - [ ] Not Qualified    [ ] Qualified    [ ] with possible requirement for partial or full payment
   - [ ] Federal Public Defender appointed
   - [ ] CJA Panel Attorney _____ appointed

5. BAIL
   - Recommended Bond:
   - Bond Set at:
   - [ ] By Consent    [ ] Additional Conditions Imposed: .
   - [ ] By Magistrate
   - [ ] Bond Posted
   - [X] Temporary Commitment issued    [ ] Final Commitment issued
   - Bond Review Hearing Set For:
   - Detention Hearing Set For: Thursday 6/24/2021 at 9:00 am before CMJ Eddy

6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT
   - Preliminary Exam/Prelim Revocation Hearing: 6/24 @ 9am    Before Magistrate Judge Eddy

ADDITIONAL COMMENTS: